```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                      Civil No. 10-78(DSD/SRN)
```

Mark Arhebamen, suing as
McMaine Allen O'Georgia,

      Plaintiff,

v.                                         **ORDER**

United States Attorney General,

      Defendant.

    Based upon the court's April 14, 2010, order, the court adopts the March 23, 2010, report and recommendation of United States Magistrate Judge Susan R. Nelson in its entirety. In the April 14, 2010, order, the court informed plaintiff Mark Arhebamen that he had until May 4, 2010, to pay the $19.63 initial partial filing fee in this case, and that if he did not pay the fee by that date, the court would adopt the magistrate judge's report and recommendation and dismiss this action. To date, plaintiff has not paid the initial partial filing fee. Accordingly, **IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. No. 7] is adopted in its entirety and this action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 11, 2010

                                                    s/David S. Doty
                                                    David S. Doty, Judge
                                                    United States District Court